E-filed 9/27/2016

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARCY JAY CHRISTENSEN,<br><br>  Plaintiff,<br><br>  v.<br><br>CAROLYN W. COLVIN,<br><br>  Defendant. | Case No. 15-cv-03729-HRL<br><br>**JUDGMENT** |

This action having come before the Court on the parties' cross-motions for summary judgment and the Court having denied plaintiff's motion and granted defendant's cross-motion,

IT IS ORDERED AND ADJUDGED THAT the Commissioner's final decision is affirmed. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: 9/27/2016

_____

HOWARD R. LLOYD
United States Magistrate Judge